FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 30 AM 9: 37

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN DAVID LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 305-110 |
| | ) |
| MICHAEL WESLEY et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants James Donald, Ralph Kemp, and LaTasha Carter, along with all denial-of-access-to-the-courts, equal protection, and due process claims, are **DISMISSED** from this case. The Clerk is **DIRECTED** to issue an appropriate scheduling notice.

SO ORDERED this 30 day of January, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT