ORIG

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MELVIN DAVID LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-110 |
| | ) | |
| MICHAEL WESLEY and FNU MCLAUGHLIN, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 34), to which no objections have been filed. The Court also concurs with the Magistrate Judge's Report and Recommendation regarding Defendants' Motion for Summary Judgment (Doc. 30), to which no objections have been filed. Accordingly, the Report and Recommendations of the Magistrate Judge are **ADOPTED** as the opinion of the Court. Therefore, **IT IS HEREBY ORDERED** that the motions for preliminary injunction and for the appointment of counsel are **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

SO ORDERED.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2007